UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRACY YOUNGBLOOD-MCDANIEL,
an individual, and
ENDPOINT CAPITAL, LLC,
a Florida limited liability company,

    Plaintiffs,

v.                                          Case No. 8:24-cv-700-TPB-LSG

DIAGNOSTIC BIOSCIENCE
LABORATORIES, LLC, a
Delaware limited liability company,

    Defendant.
_____/

**CHARGING ORDER IN FAVOR OF PLAINTIFFS TRACY YOUNGBLOOD-MCDANIEL AND ENDPOINT CAPITAL, LLC**

The plaintiffs Tracy Youngblood-McDaniel and Endpoint Capital, LLC, move, Doc. 21, for a charging order against the defendant, Diagnostic Bioscience Laboratories, LLC, and its interest in the Florida limited liability company Reliant Scientific, LLC. On July 29, 2024, following the defendant's default, Doc. 11, and the plaintiffs' "Motion for Default Judgment," Doc. 13, this Court entered a judgment in favor of the plaintiffs and against the defendant in the amount of $118,938.00 plus $470.00 in costs. Doc. 16. The final judgment has not yet been satisfied. Doc. 21 at ¶ 7. The plaintiffs are entitled to a charging order against any interest of the defendant in any limited liability company in which the defendant may be involved. Fla. Stat. § 605.0503(1). The defendant is a member and/or manager of the Florida limited

liability company Reliant Scientific, LLC. Accordingly, I hereby **ORDER** as follows:

1. The defendant's interest in Reliant Scientific, LLC is hereby subject to an encumbrance, lien, and charging order in favor of and for the benefit of the plaintiffs.

2. The defendant's interest in Reliant Scientific, LLC, shall be charged with payment of the judgment rendered against the defendant in this action in the amount of $118,938.00 plus $470.00 in costs, plus post-judgment interest at the statutory rate.

3. No later than thirty days from the day of this order, the defendant must file a sworn answer reporting all amounts distributable or payable to the defendant at the time of service of this order and at all subsequent times attributable to any interest in Reliant Scientific, LLC. In the sworn answer and report, the defendant shall state the value, at the time of service of this order and at all subsequent times, of both the capital and the income accounts attributable to the interest of the defendant in Reliant Scientific, LLC.

4. The plaintiffs must serve a certified copy of this order on Reliant Scientific, LLC, through its registered agents, and such service shall constitute notice of this charging lien on the defendant's interest as a member and/or manager in Reliant Scientific, LLC.

5. Neither Reliant Scientific, LLC, nor any member or manager of Reliant Scientific, LLC, shall distribute to the defendant any funds or assets whatsoever by virtue of the defendant's interest as a member and/or manager of Reliant Scientific, LLC, but instead shall pay to the plaintiffs all funds and assets whatsoever which, by virtue of the defendant's interest as a member and/or manager of Reliant Scientific,

LLC, would have been distributed to the defendant in the normal course of business of Reliant Scientific, LLC.

6.     The Court reserves jurisdiction to enter all further orders as may be necessary and permitted by law, includling the appointment of a receiver or foreclosure of the plaintiffs' lien granted by this charging order.

**ORDERED** this 17th day of January, 2025.

_____
LINDSAY S. GRIFFIN
United States Magistrate Judge