UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRACEY YOUNGBLOOD-MCDANIEL
AND ENDPOINT CAPITAL, LLC,

    Plaintiffs,

v.                                                          Case No. 8:24-cv-700-TPB-LSG

DIAGNOSTIC BIOSCIENCE
LABORATORIES, LLC,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Lindsay S. Griffin, United States Magistrate Judge, entered on October 17, 2025.  (Doc. 50).  Judge Griffin recommends that Plaintiffs' "Amended Motion to Supplement Judgment" and "Defendant's Motion to Vacate Default Judgment" (Docs. 33; 48) be denied. No party has objected, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the

magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).  A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made."  28 U.S.C. § 636(b)(1)(C).  When no objection is filed, a court reviews the report and recommendation for clear error.  *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Griffin's well-reasoned report and recommendation, the Court adopts the report and recommendation.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)   The report and recommendation (Doc. 50) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) Plaintiffs' "Amended Motion to Supplement Judgment" and "Defendant's Motion to Vacate Default Judgment" (Docs. 33; 48) are **DENIED** as set forth in the report and recommendation.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 2nd day of December, 2025.

TOM BARBER
UNITED STATES DISTRICT JUDGE